IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTA DIAS** | : | Case No. 1:11CV251 |
| | : | |
| PLAINTIFF, | : | (Judge Dlott) |
| | : | |
| v. | : | |
| | : | **STIPULATION** |
| **ARCHDIOCESE OF CINCINNATI, et al.** | : | |
| | : | |
| DEFENDANTS. | : | |
| | : | |

The parties stipulate that Defendants Archdiocese of Cincinnati, Holy Family School, and St. Lawrence School are each named insureds on the same insurance policies, identified below:

Brit Insurance Services USA, Inc. – Policy No. PK1002010

Princeton E & S – Policy No. R2-A3-FF-0000018-06

National Catholic Risk Retention Group, Inc. – Policy No. XS 10109-13

National Catholic Risk Retention Group, Inc. – Policy No. RRG 10109-13

Respectfully submitted,

| | |
|---|---|
| /s/ Robert A. Klingler | /s/ Steven P. Goodin |
| Robert A. Klingler (0031603) | Steven P. Goodin (0071713) |
| Brian J. Butler (0082675) | Zoraida M. Vale (0085071) |
| ROBERT A. KLINGLER CO., L.P.A. | GRAYDON HEAD & RITCHEY LLP |
| 525 Vine Street, Suite 2320 | 511 Walnut Street |
| Cincinnati, Ohio 45202-3133 | Cincinnati, OH  45202-3157 |
| Telephone:  (513) 665-9500 | Telephone:  (513) 629-0347 |
| Facsimile:  (513) 621-3240 | Facsimile:  (513) 651-3836 |
| Email:  rak@klingerlaw.com | Email:  zvale@graydon.com |
|     bjb@klinglerlaw.com | Attorneys for Defendants |
| Attorneys for Plaintiff Christa Dias | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert A. Klingler
Robert A. Klingler