IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christa Dias,                             :
                                          :
      Plaintiff(s)                     :
                                          :   Case No.      1:11cv251
v.                                        :
                                          :   Chief Judge Susan J. Dlott
Archdioces of Cincinnati, et al.,         :
                                          :
      Defendant(s)                     :

**O R D E R**

The Clerk of this Court is hereby ordered to obtain lunch for the jury in the above captioned case for May 31 and June 3, 2013.

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Susan J. Dlott
        Chief United States District Court Judge