IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christa Dias,                                               :
                                                            :
       Plaintiff,                                   :
                                                            :  Case Number: 1:11cv251
   vs.                                                      :
                                                            :  Chief Judge Susan J. Dlott
Archdiocese of Cincinnatii, et al.,                         :
                                                            :
       Defendants.                                  :

JUDGMENT IN A CIVIL CASE

      Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . . that Christa Dias has proven by a preponderance of the evidence her pregnancy discrimination claim against the Archdiocese of Cincinnati.  Plaintiff did not prove by a preponderance of the evidence her pregnancy discrimination claim against St. Lawrence School and Holy Family School.  The Archdiocese of Cincinnati did not prove by a preponderance of the evidence their defense as to damages.  Plaintiff is awarded $20,000 for compensatory damages, $51,000 for back pay, and $100,000 for punitive damages against the Archdiocese of Cincinnati.


6/4/13                                                      JOHN HEHMAN, CLERK


                                                                          ___s/William Miller___
                                                                          Deputy Clerk